IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FKF MADISON GROUP<br>OWNER, LLC, *et al.*,[1]<br>                Debtors. | Chapter 11<br>Case No. 10-11867 (KG)<br><br>Jointly Administered |
| STEPHEN KRAUS, MITCHELL KRAUS<br>and BARBARA KRAUS,<br><br>                          Plaintiffs,<br>     v.<br><br>FKF MADISON GROUP OWNER LLC,<br>JMJS 23RD STREET REALTY OWNER<br>LLC, MADISON PARK GROUP OWNER<br>LLC, and SLAZER ENTERPRISES OWNER<br>LLC<br><br>                          Defendants. | Adv. Pro. No. 11-_____ (KG) |

## COMPLAINT TO DETERMINE EXTENT OF INTEREST IN PROPERTY AND FOR DECLARATORY RELIEF IN CONNECTION THEREWITH

Stephen Kraus, Mitchell Kraus and Barbara Kraus ("Plaintiffs"), by and through their undersigned counsel, hereby allege as follows in support of their Complaint:

### THE PARTIES

1. Stephen Kraus is an individual residing at 260 Park Avenue South, Apt. PH-J, New York, NY 10010.

---

[1] The Debtors in these cases, along with the last four digits of their EIN, are: FKF Madison Group Owner, LLC (Case No. 10-11867) (3699); JMJS 23rd Street Realty Owner, LLC (Case No. 10-11868) (6651); Madison Park Group Owner, LLC (Case No. 10-11869) (3701); and Slazer Enterprises Owner, LLC (Case No. 10-11870) (4339). The Debtors' address is 230 Congers Road, New City, NY 10920.

2. Mitchell Kraus is an individual residing at 510 Park Avenue, Apt. 9-A, New York, NY, 10022.

3. Barbara Kraus is an individual residing at 510 Park Avenue, Apt. 9-A, New York, NY, 10022.

4. Upon information and belief, Defendant FKF Madison Group Owner, LLC ("FKF Madison") is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business located at 230 Congers Road, New City, NY 10956.

5. Upon information and belief, Defendant JMJS 23rd Street Realty Owner, LLC ("JMJS") is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business located at 230 Congers Road, New City, NY 10956.

6. Upon information and belief, Defendant Madison Park Group Owner, LLC ("Madison") is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business located at 230 Congers Road, New City, NY 10956.

7. Upon information and belief, Defendant Slazer Enterprises Owner, LLC ("Slazer Owner", together with FKF Madison, JMJS and Madison collectively, the "Debtors" or "Defendants") is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business located at 230 Congers Road, New City, NY 10956.

## JURISDICTION AND VENUE

8. The Bankruptcy Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334(b) because this adversary proceeding arises in or under, and is related to, the above-captioned bankruptcy cases pending in this Court.

9. This adversary proceeding constitutes a "core" proceeding within the meaning of one or more subsections of 28 U.S.C. § 157(b)(2).

10. Venue is proper in this District pursuant to 28 U.S.C. § 1409.

## FACTUAL ALLEGATIONS

11. The Debtors are tenant-in-common owners of a condominium project located at premises known as 23 East 22nd Street, New York, New York (the "Condominium Building").

12. Stephen Kraus entered into (a) a Purchase Agreement to buy Unit 37A of the Condominium Building (the "Unit 37A Purchase Agreement"); and (b) a Purchase Agreement to buy Unit 39A of the Condominium Building (the "Unit 39A Purchase Agreement"). A true and correct copy of the Unit 37A Purchase Agreement is attached hereto as Exhibit "A". Stephen Kraus also made certain loans to Park Madison Associates, LLC, the Debtors' agent ("Park Madison"). Those loans were guaranteed by the Debtors. A copy of the Guaranty executed by the Debtors is attached hereto as Exhibit "B". On or about October 28, 2009, the parties executed that certain Ratification, Reaffirmation and Amendment Agreement with respect to the Unit 37A Purchase Agreement and the Unit 39A Purchase Agreement (the "Units 37A/39A Ratification Agreement"). On or about January 7, 2010, the parties executed that certain Modification Agreement (the "Units 37A/39A Modification Agreement"). True and correct copies of the Units 37A/39A Ratification Agreement and the Units 37A/39A Modification Agreement are attached hereto as Exhibits "C" and "D", respectively.

13. Pursuant to the terms of the Units 37A/39A Modification Agreement, the Unit 39A Purchase Agreement was terminated and a new Purchase Agreement was executed pursuant to which Stephen Kraus would buy Units 28A and 28B of the Condominium Building (the "Units 28A/28B Purchase Agreement"). Stephen Kraus had already paid the $5 million purchase price for Unit 39A. The aggregate purchase price for Units 28A/28B was $4 million.

14. On February 4, 2010, under City Register File Number ("CRFN") 2010000041786, the City Register recorded a memorandum of contract whereby the public was put on notice that Stephen Kraus and Park Madison had entered into the Unit 37A Purchase Agreement.

15. On February 4, 2010, under CRFN 2010000041787, the City Register recorded a memorandum of contract whereby the public was put on notice that Stephen Kraus and Park Madison had entered into the Units 28A/28B Purchase Agreement.

16. Stephen Kraus has paid the full purchase price stated in the Unit 37A Purchase Agreement, and no monies remain due and owing by Stephen Kraus.

17. Stephen Kraus has paid the full purchase price stated in the Units 28A/28B Purchase Agreement, and no monies remain due and owing by Stephen Kraus.

18. Debtors have unequivocally asserted that in late January 2010, a deed for Unit 37A (the "Unit 37A Deed") was executed and delivered to Stephen Kraus by Ira Shapiro. A true and correct copy of the affidavit of Ira Shapiro (the "Shapiro Affidavit") filed in support of Debtors' motion to dismiss the involuntary petitions filed against them (the "Motion to Dismiss") is attached hereto as Exhibit "E". A true and correct copy of the Motion to Dismiss (without exhibits) is attached hereto as Exhibit "F".

19. By the Shapiro Affidavit and the Motion to Dismiss, the Debtors have unequivocally asserted that in late January 2010 a deed for Units 28A/28B (the "Units 28A/28B Deed", together with the Unit 37A Deed, the "Stephen Kraus Deeds") was executed and delivered to Stephen Kraus by Ira Shapiro. *See* Ex. E, ¶ 13; Ex. F ¶¶ 26 and 44.

20. The Debtors again acknowledged their delivery of the Stephen Kraus Deeds at the August 13, 2010 hearing held on the Motion to Dismiss. Relevant excerpts of the transcript from the August 13, 2010 hearing are attached hereto as Exhibit "G".

21. Mitchell Kraus and Barbara Kraus entered into a Purchase Agreement to buy Unit 23B (along with Units 37A, 28A and 28B, the "Kraus Units") of the Condominium Building (the "Unit 23B Purchase Agreement"). A copy of the Unit 23B Purchase Agreement is attached hereto as Exhibit "H". On or about October 30, 2009, the parties entered into a Ratification, Reaffirmation and Amendment Agreement with respect to the Unit 23B Purchase Agreement (the "Unit 23B Ratification Agreement"). On or about January 7, 2010, the parties executed that certain Modification Agreement (the "Unit 23B Modification Agreement"). True and correct copies of the Unit 23B Ratification Agreement and the Unit 23B Modification Agreement are attached hereto as Exhibits "I" and "J", respectively.

22. On February 4, 2010, under CRFN 2010000041788, the City Register recorded a memorandum of contract whereby the public was put on notice that Mitchell Kraus and Barbara Kraus and Park Madison had entered into the Unit 23B Purchase Agreement.

23. Mitchell Kraus and Barbara Kraus have paid the full purchase price stated in the Unit 23B Purchase Agreement, and no monies remain due and owing by Mitchell Kraus and Barbara Kraus.

24. By the Shapiro Affidavit and the Motion to Dismiss, the Debtors have unequivocally asserted that in late January 2010, a deed for Unit 23B (the "Unit 23B Deed", together with the Stephen Kraus Deeds, the "Kraus Deeds") was executed and delivered to Mitchell and Barbara Kraus by Ira Shapiro. *See* Ex. E, ¶ 13; Ex. F ¶¶ 26 and 44.

25. The Debtors acknowledged their delivery of the Unit 23B Deed at the August 13, 2010 hearing held on the Motion to Dismiss the involuntary petitions filed to commence these cases. *See* Exhibit G.

26. On June 15, 2011, the Debtors filed their Joint Consolidated Plan of Reorganization for FKF Madison Group Owner, LLC and Its Affiliated Debtors (the "Plan"). Section 4.7 of the Plan provides in relevant part:

> Except as otherwise provided in this Plan or in connection with the issuance of the New iStar Secured Note, on the Effective Date, in consideration for the Distributions to be made under the Plan, (i) all Liens, charges, encumbrances, **ownership interests related to any Deed in respect of a Deed Holder Claim**, and rights relating to any Claim or Equity Interest **shall be terminated, null and void and of no effect**...

(emphasis added).

27. The Plan defines Deed Holder Claim as "any Claim for damages or otherwise, arising from, on account of or in connection with, a Deed transferring or purporting to transfer title to a portion of the Property or any Unit thereof which Deed is not subject to a partial release of lien executed by iStar."

28. Debtors' attempt to administer Units 37A, 28A/28B, and 23B, as property of the estate creates an actual controversy concerning the ownership interest of the Plaintiffs' units.

29. An adversary proceeding is necessary to determine the ownership interests of Units 37A, 28A/28B, and 23B.

## COUNT I
### (Declaratory Judgment of Ownership - Unit 37A)

30. Plaintiffs repeat and reallege paragraphs 1 through 26 above, as though fully set forth herein.

31. Title to Unit 37A passed from the Debtors to Stephen Kraus upon delivery of the Unit 37A Deed.

32. An actual controversy exists concerning the ownership rights of the parties in Unit 37A. This Court may grant declaratory judgment in accordance with 28 U.S.C. § 2201(a)

WHEREFORE, Stephen Kraus is entitled to judgment declaring that he is the owner of Unit 37A and that the Debtors' estates have no ownership interest in Unit 37A.

## COUNT II
### (Declaratory Judgment of Ownership - Units 28A/28B)

33. Plaintiffs repeat and reallege paragraphs 1 through 29 above, as though fully set forth herein.

34. Title to Units 28A/28B passed from the Debtors to Stephen Kraus upon delivery of the Units 28A/28B Deed.

35. An actual controversy exists concerning the ownership rights of the parties in Units 28A/28B. This Court may grant declaratory judgment in accordance with 28 U.S.C. § 2201(a)

WHEREFORE, Stephen Kraus is entitled to judgment declaring that he is the owner of Units 28A/28B and that the Debtors' estates have no ownership interest in Units 28A/28B.

# COUNT III

### (Declaratory Judgment of Ownership - Unit 23B)

36. Plaintiffs repeat and reallege paragraphs 1 through 32 above, as though fully set forth herein.

37. Title to Unit 23B passed from the Debtors to Mitchell Kraus and Barbara Kraus upon delivery of the Unit 23B Deed.

38. An actual controversy exists concerning the ownership rights of the parties in Unit 23B. This Court may grant declaratory judgment in accordance with 28 U.S.C. § 2201(a)

WHEREFORE, Mitchell Kraus and Barbara Kraus are entitled to judgment declaring that they are the owner of Unit 23B and that the Debtors' estates have no ownership interest in Unit 23B.

Dated: July 8, 2011  **BUCHANAN INGERSOLL & ROONEY PC**

/s/ Mary F. Caloway (No. 3059)
Mary F. Caloway (No. 3059)
1105 N. Market Street, Suite 1900
Wilmington, Delaware 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
Email: mary.caloway@bipc.com

-and-

Barry I. Slotnick
1290 Avenue of the Americas
30th Floor
New York, NY 10104
Telephone: (212) 440-4400
Facsimile: (212) 440-4401
Email: barry.slotnick@bipc.com

*Attorneys for Plaintiffs*